E-FILED
Friday, 10 June, 2016 03:26:47 PM
Clerk, U.S. District Court, ILCD

United States District Court

Central District of Illinois

FILED

JUN – 6 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

151 U.S. Courthouse, 600 East Monroe Street, Springfield, Illinois 62701

| | | |
|---|---|---|
| DON FRANK EBERHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 16-CV-3153 |
| | ) | |
| ) | | |
| RUDOLPH BRAUD, Jr., Judge, | ) | |
| and, Co-Conspirators: | ) | |
| Leslie Graves, Judge, and | ) | |
| April Troemper, Judge; and others. | ) | |

## This is a Civil Case

## Count 1:

**Racketeer-Influenced and Corrupt Organizations** violations of the **Federal Immigration and Nationally Act, Section 8 USC 1384(a)(1)(A)(iv)(b)(iii): Private persons** and entities **may initiate civil suits** to obtain **injunctions and treble damages** against enterprises that conspire to or actually violate federal alien smuggling, harboring, sheltering, or document fraud statutes.  The "enterprise" was to guarantee verdicts, regardless of the evidence,  in favor of the litigant represented by the law firm common to the racketeers; such law firm then enjoying huge financial windfalls.  The "enterprise" was both (1) the "prize", and (2) the "instrument" of the RICO activity.  In my case there were three acts of racketeering activity within three year time frame by

1

three (to four) persons who were all part of the RICO activity. The "prize" and the "instrument" of the racketeering syndicate's "enterprise" was a **guaranteed verdict** in the illegal alien's favor in spite of, and regardless of, the irrefutable evidence of the alien's guilt. As I testified several times before Judge Braud, the illegal alien repeatedly bragged to me: "***Don; Rudy, Peggy, and I are going to keep you so busy and so broke you'll never be able to get, or use, any evidence against me***." **Verdict promised!**

In my testimony given on 8-5-11, still apparently "sealed" and unavailable to me or the public **solely to protect the judges involved**, I discussed this matter in great detail; including a (hypothetical) second witness, that became wealthy through the promise of guaranteed verdicts in his favor (hypothetically), no matter how weak or frivolous his case. Hypothetically, he then filed, and profited handsomely from over **ONE THOUSAND** frivolous, "shake-down" lawsuits; always using, hypothetically, the same attorney and her former "cubicle-buddies," now judges, who all **delivered** the **"prize"** of the "enterprise": a juicy settlement from a guaranteed verdict. This hypothetical **"Unidentified Witness A"**, will, hypothetically, testify – but **only** if the government offers him an iron-clad guarantee of absolute immunity from any and all possible prosecution for his past role in the scheme. **Section 274 of F.I.N.A., INA 274A(a)(1) (A):** A person (or group of persons, business, organization, or **local government**) is in violation of statutes when she or he or they assist an alien s/he should reasonably know is illegally in the U.S.A., or by sheltering, or assisting him or her, or who knowingly

2

assists illegal aliens due to personal convictions. Individuals or entities who engage in racketeering enterprises that commit (or conspire to commit) immigration-related violations of law **are subject to private civil suits for treble damages and injunctive relief.  Harboring means any conduct that tends to substantially facilitate an alien to remain in the U.S. illegally.**  The sheltering need not be clandestine, and **this provision includes harboring an alien** who entered the U.S. legally, ***but has since lost her legal status*** (as in this case). Defendant's joint and combined actions were designed to **SHIELD** the illegal alien from authorities; I testified to this before Judge Braud on 8-5-11. Because my testimony that day implicated Judge Braud, and others in this conspiracy to aid, abet, and further immigration fraud, citizenship fraud, social security trust fund fraud and identity fraud and to thereby turn the illegal alien – held captive forever by the three judges and the Sorling attorney, Ms Peggy Ryan, and turned into a spigot of financial revenue for the Sorling Law Firm for the rest of the illegal alien's lifetime – this is why the three judges had to **destroy** or **withhold the court's copy of my testimony** that day in court.  Without the individual willful, illegal, contributions of each of the defendants, this scheme could not have succeed. I believe the court reporter that day (8-5-11) was threatened, or by some means forced to alter, destroy, or withhold part of my testimony she recorded that day; I believe that Ms Nancy (Kitchen) Hogart is an honest person caught in a web of seditious judicial anarchy and treason against the Constitution by three judges who misused their powers as her

3

employer to intimidate her into complying with their demands to hide or destroy evidence against the judges.  There is **NO innocent reason** for the three judges to hide or destroy my testimony against them. None.

### Count 2:

### 18 U.S.C. § 1346  The Honest Services Fraud Clause:

A prevailing characterization of the deprivation is a "loss of control" by the public over their democratic government;  as such, this affects no only all Illinois residents, but also every man, woman, and child in the U.S.A.  **What happened to me, can happen to all**. Congress enacted 18 U.S.C. § 1346, which states that a "scheme to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.  Judge Braud Jr lacked **ANY and ALL Jurisdiction** to hear Immigration Fraud, Citizenship Fraud, and Social Security Fraud cases and therefore was acting ultra vires; and as such, did not have discretion not to disqualify himself **as required by law**.  By **NOT disqualifying himself**, then **Judge Braud Jr was in violation of the Due Process Clause of the U.S. Constitution.**  United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996) (*"The Right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause"*) **Should a judge issue any order after he has been  disqualified by law, and if the party has been denied of any of his property,** then the judge has been engaged in the **Federal** Crime of **Interference With**

4

**Interstate Commerce.**  None of the orders issued by any judge who has been disqualified by law are valid; **they are void as a matter of law, and are of no legal force or effect**. The U.S. Supreme Court has held that if a judge wars against the Constitution, or if he acts without jurisdiction, he has engaged in Treason Against the Constitution; that he is then engaging in criminal acts of treason, and may be engaged in **extortion** and the **interference with interstate commerce;** as I believe Judge Braud, et alia, so did. Discussion of the quid pro quo involved is reserved for later. The Nagin court, approximately, endorsed the concept that an implicit quid pro quo and the mere offer of a bribe, even without acceptance, may be sufficient to sustain a conviction under § 1346.  The Nagin jury was instructed that "the public official and payor need not state the quid pro quo in express terms, for otherwise the law's effect could be frustrated by knowing winks and nods."  The Court further instructed that **"public bribery occurs when a public official accepts or offers to accept, directly or indirectly, anything of apparent present or prospective value, and does so in return for being influenced in his/her performance of an official act.**

Honest Services prosecutions under 18 U.S.C. § 1341 Through § 1346, Congress specifically added to the definition of a "scheme to defraud" the language, **"a scheme… to deprive another of the intangible right of Honest Services."**

## Count 3:

## United States Constitution Article I, Section 8, Clause 3

## Interference With Interstate Commerce

18 USC 1951 Interference with commerce by threats or violence.  Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or **extortion** or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both.  The Commerce Clause has helped define the balance of power between the federal government and the **states** and the balance of power between the two elected branches of the federal government and the Judiciary. As such, it directly affects the lives of **ALL  American** citizens.  **By denying me my Right to a due process hearing and forcing me to sign a real estate sales agreement under threats of immediate imprisonment and horrendous daily fines, I suffered the prejudice of the loss of my primary residence, the loss of my business properties, and my ability to earn a living,** as well as suffering the physical damage of two heart attacks from the stresses of wrongful **abuse of process** and the **legal abuses** of Judge Rudolph Braud Jr and others; **abuse of process** and **legal abuse** which was *continued* through the Racketeering-Influenced Corrupt Organization, the "Sorling Sorority Sinister Sisterhood", the "secret-court-within-the-court" consisting of **at least** (then-Chief) Judge Leslie Graves and Judge April Troemper, et alia, who also denied my my civil

rights in order to continue the RICO "enterprise" of their "pattern and practice" of "guaranteeing verdicts" to the litigant represented by one of their own.  Again, if the federal government will offer **absolute immunity**, a (hypothetical) "Unidentified Witness A" may agree to testify of his using the "Sorling Sorority Sinister Sisterhood" in the filing of over ONE THOUSAND frivolous, but highly lucrative "shake-down" lawsuits.  Hypothetically, he would brag that when insurance adjusters saw that one of the "S.S.S.S." was assigned as the judge for the Sorling client's case, they understood; and they simply gave in and "settled" the case.

## Jurisdiction:

Plaintiff claims federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to *cases arising under the U.S. Constitution*.

## Prayers For Relief

Wherefore Plaintiff prays this Court issue equitable relief as follows:

1. This suit asks for **Relief of all orders made in violation of the Law**, that Due Process of Law be allowed, and further issue relief as the court deems appropriate.

2. This suit also asks for a financial award, by a jury, to the Plaintiff that compensates Plaintiff for the losses of his primary residence, his business properties, his only source of income, his lifetime accumulation of furniture and

7

possessions, (previously estimated in case No: 16-cv-3080, designated as "Verified Complaint #3") to have been **at least** One Million Dollars), and also to be awarded reimbursement for plaintiff's previously submitted estimation (Case No: 2010-D-859) of his financial support and costs related to helping support, guide, tutor, plan and achieve Aura Monica's credentials here in the U.S.A.  The illegal alien, Aura Monica Fetecau/ Hagemann/"Eberhardt," as it turns out, was still legally married to another man when she **PERJURED** herself before Circuit Judge Barbara Wallace in St Louis, MO and "married" me.  As **no valid marriage** to me took place, Aura Monica has overstayed her 90 day Fiancee visa, and has been here illegally since March 06, 1996.  This additional One Million One Hundred Thousand Dollars asked for in case 2010-D-859 is **in addition** to the award of at least One Million Dollars listed in case 16-cv-3080, which also includes compensation for my deterioration of health from the strains and stresses of the **Legal Abuse** and **Abuse of Process** at the hands of the Defendant, et alia.  Thus, the total monetary amount being asked for is Two Million One Hundred Thousand Dollars.  As TREBBLE damages are allowed in this case, I am asking that TREBBLE Damages be imposed, bringing the new total to SIX Million Three Hundred Thousand Dollars from the defendants. (About twenty-five to thirty cents for every affected person in Illinois – all sixteen million of us).

3. Issue other relief as this court deems appropriate and just.

In conclusion, the Plaintiff does pray that this court observe the practice of

8

fundamental fairness that is Substantial Justice and not act as Bystander while a citizen is denied the right to redress when life, liberty and property have been denied under color of law. Plaintiff does NOT seek to harm anyone; there is NO "revenge" being sought; but "Vengeance" means to bring wrongdoers to the Bar of Justice, and is a noble undertaking to protect everyone in society.

This suit is not about monetary gain, it is about the preservation of an individual's Constitutional Rights and how an individual citizen should be shielded from the government's arbitrary abuse of power. Although a monetary amount is a condition to allow the Seventh Amendment (trial by jury) to come to bear, it cannot, however, be removed from consideration here.


Respectfully submitted,

*Don Eberhardt*         *June 06, 2016*

Don Eberhardt                    Signed June 06, 2016

411 East Monroe #5764,   Springfield, IL 62701-5764

9

## Statement of Verification

I have read the above complaint and it is correct to the best of my knowledge.

Signed: _Don F Eberhardt_     Date: _June 06, 2016_

Don Eberhardt

10